```
 1  JAN I. GOLDSMITH, City Attorney
    DANIEL F. BAMBERG, Assistant City Attorney
 2  WALTER C. CHUNG, Deputy City Attorney
    CATHERINE A. RICHARDSON, Deputy City Attorney
 3  California State Bar No. 137757
        Office of the City Attorney
 4      1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
 5      Telephone: (619) 533-5800
        Facsimile: (619) 533-5856
 6
    Attorneys for Defendant
 7  CITY OF SAN DIEGO
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHITECTUREART LLC, | Case No. **'15CV1592 BAS NLS** |
| Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| v. | **(28 U.S.C.A. § 1446(b)(3))** |
| CITY OF SAN DIEGO; AND DOES 1-50, INCLUSIVE, | |
| Defendants. | (San Diego Superior Court Case No: SDSC 37-2013-00079418-CU-CR-CTL) |

TO: PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendant City of San Diego has removed the above-captioned action to the United States District Court for the Southern District of California.

**STATEMENT OF GROUNDS FOR REMOVAL**

This notice of removal is based on a claim "arising under" federal law. This action was filed by Plaintiff in the California Superior Court on December 11, 2013. A true and correct copy of the Summons and Complaint are attached as Exhibit A. The initial Complaint did not include any federal claims. However, on or about July 7, 2015, Plaintiff filed its First Amended Complaint, a true and correct copy of which is attached as Exhibit B. The First Amended Complaint

alleges, for the first time, federal constitutional claims, including alleged violations by Defendant City of San Diego of the First and Fourteenth Amendments of the United States Constitution and of 42 U.S.C.A. § 1983.

As a result, this action may be removed from State court to the district court of the United States for the district and division within which such action is pending, pursuant to 28 U.S.C.A. § 1446(b)(3), which states in pertinent part:

> [I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

28 U.S.C.A. § 1446(b)(3)(West).

In this case, it could first be ascertained that this action is and had become removable upon receipt by Defendant City of San Diego of Plaintiff's First Amended Complaint. This Notice of Removal is therefore proper and timely.

Dated:  July 17, 2015             JAN I. GOLDSMITH, City Attorney


                                  By  s/Catherine A. Richardson
                                      Attorneys for Defendant
                                      CITY OF SAN DIEGO
                                      E-mail: crichardson@sandiego.gov